# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vontia Jones,<br><br>                Petitioner,<br><br>v.<br><br>Michael Segal, Warden,<br><br>                Respondent. | Case No. 24-CV-3671 (KMM/TNL)<br><br>**REPORT AND RECOMMENDATION** |

In a letter dated September 16, 2024, the Clerk of Court directed petitioner Vontia Jones to pay the filing fee for this matter or apply for *in forma pauperis* ("IFP") status. *See* Dkt. No. 2. Jones was further warned that if she did not pay the filing fee or submit an IFP application by October 1, 2024, this matter could be dismissed without prejudice. *See id*.

That deadline has now passed, and Jones has not paid the filing fee for this matter or applied for IFP status. In fact, Jones has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, consistent with the warning previously given to Jones, that this action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

1

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: October 21, 2024

*s/Tony N. Leung*

_____
Tony N. Leung
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).