UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vontia Jones, | No. 24-cv-3671 (KMM/TNL) |
| Petitioner, | |
| v. | ORDER |
| Michael Segal, Warden, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung, dated October 21, 2024. Judge Leung recommends that this case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The Petitioner, Vontia Jones, has not objected to the R&R.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

Accordingly, IT IS HEREBY ORDERED THAT the R&R (Doc. 4) is ACCEPTED and this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

**Let Judgment Be Entered Accordingly**.

Date: **November 20, 2024**          *s/ Katherine M. Menendez*
                                    Katherine M. Menendez
                                    United States District Judge